IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN BECKER, | |
| Plaintiff, | Civil Action No. 7:07CV00157 |
| v. | **FINAL ORDER** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | By: Samuel G. Wilson<br>United States District Judge |
| Defendant. | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable Michael F. Urbanski, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered reversing the decision of the Commissioner, and remanding the case for further review at Step Five. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. Accordingly, it is **ORDERED** and **ADJUDGED** that the final decision of the Commissioner is **REVERSED**, the case is **REMANDED** to the Commissioner for further review at step five in accordance with the report and recommendation, and this case is **ORDERED** stricken from the docket of the court.

**ENTER**: This November 20, 2007.

_____
UNITED STATES DISTRICT JUDGE

Case 7:07-cv-00157-SGW-mfu   Document 30   Filed 11/20/07   Page 1 of 1   Pageid#: 108